UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RIKEN PATEL,

Plaintiff,

v.

GENERAL MOTORS COMPANY, ET AL.,

Defendants,

Case No. 22-10742
District Judge Jonathan J.C. Grey
Magistrate Judge Kimberly G. Altman

________________________________/

**NOTICE OF SETTLEMENT CONFERENCE**

A SETTLEMENT CONFERENCE in the above-entitled case has been set for SEPTEMBER 18, 2023 at 10:00 A.M. before U.S. Magistrate Judge Kimberly G. Altman at the Theodore Levin Courthouse, 231 W. Lafayette, Room 605, Detroit, MI 48226. CLIENT(S)/CLIENT REPRESENTATIVE(S) WITH FULL SETTLEMENT AUTHORITY MUST ATTEND THE SETTLEMENT CONFERENCE.

The parties shall submit concise confidential statements, **not to exceed five (5) pages**, briefly outlining any unresolved settlement issues.

Each party's confidential statement should be emailed to chambers efile_altman@mied.uscourts.gov **by close of business SEPTEMBER 11, 2023** and **is not to be filed with the Court or placed on the docket**.

s/KIMBERLY G. ALTMAN
KIMBERLY G. ALTMAN
U.S. MAGISTRATE JUDGE

Dated: August 15, 2023

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was served upon counsel of record on August 15, 2023, by electronic and/or ordinary mail.

s/Carolyn M. Ciesla
Case Manager